1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

 Plaintiff,

 v.

MARTEL CHAVEZ-MENDOZA,

 Defendant.

NO. CR-03-2020-RHW

**ORDER GRANTING MOTION
FOR ORDER DISMISSING
INDICTMENT**

 Before the Court is the Government's Motion for Order Dismissing Indictment (Ct. Rec. 2).  The Government asks pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure that the Court dismiss the Indictment in the above-captioned case in the interest of justice.

 Accordingly, IT **IS HEREBY ORDERED:**

 1. The Government's Motion for Order Dismissing Indictment (Ct. Rec. 2) is **GRANTED**.

 2. The Indictment in the above-captioned case is **DISMISSED** with prejudice.

/// 
///
///
///
///

**ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT**
~ 1

1      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2 Order and to provide copies to counsel.

3      **DATED** this 1st day of June, 2007.

4                  *S/ Robert H. Whaley*

5                ROBERT H. WHALEY
              Chief United States District Judge

6

7

8

9

10

11   Q:\CRIMINAL\2003\chavez-mendoza.dismiss_mtd.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT** ~ 2